TOBIAS C. ANDERSON *v.* GORDON, MUIR AND FOLEY, LLP, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 410 (AC 27984), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration of or decision on this petition.

*Tobias C. Anderson*, pro se, in support of the petition.

*Lorinda S. Coon*, in opposition.

Decided September 25, 2008

CARMEN MUNIZ *v.* ALLIED COMMUNITY RESOURCES, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 581 (AC 28252), is denied.

*Jack Senich*, in support of the petition.

*Lawrence G. Widem*, assistant attorney general, in opposition.

Decided September 25, 2008